## BURCH *v.* THE STATE.

BECK, P. J.  The evidence authorized the verdict, and no material errors are shown to have been committed by the court pending the trial.

*Judgment affirmed.  All the Justices concur.*

No. 1256.  APRIL 17, 1919.

Indictment for murder.  Before Judge Graham.  Montgomery superior court.  November 16, 1918.

*A. C. Saffold* and *Eschol Graham,* for plaintiff in error.

*Clifford Walker, attorney-general, W. A. Wooten, solicitor-general,* and *M. C. Bennet,* contra.